Decided February 26, 2002

## CONNECTICUT BANK OF COMMERCE *v.* JULIE D. GIORDANO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 79 (AC 21671), is denied.

*Marjorie R. Gruszkiewicz*, in support of the petition.

*Roger J. Frechette*, in opposition.

Decided February 26, 2002